UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-1678 (CAS) (DTBx) | Date | September 17, 2013 |
|---|---|---|---|
| Title | LORENA GARCIA V. MORTGAGE SENSE INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Monica Salcido | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:)** PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION (Docket #3, filed 09/17/13)

    The Court is in receipt of plaintiff's Motion for Temporary Injunction, filed September 17, 2013. However, plaintiff has not filed any proof of service; accordingly, defendants have not been properly served.

    Until defendants have been properly served and may appear in the action, the Court declines to grant relief. Plaintiff may go to the website of the Secretary of State of the State of California to locate the appropriate active agent for service of process for defendants in California. Those individuals must be served personally with the summons, complaint, and Motion for Temporary Injunction.

    In accordance with the foregoing, plaintiff's Motion for Temporary Injunction is denied without prejudice, subject to being renewed with the appropriate showing that proper service of process has been made upon defendants or that issuance of a temporary restraining order is proper without notice pursuant to Fed. R. Civ. P. 65(b). Service of the complaint and temporary restraining order must be in accordance with Fed. R. Civ. P. 4.

    IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | MS | |