UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 13-1678 CAS (DTBx) | Date | December 2, 2013 |
|---|---|---|---|
| Title | LORENA GARCIA V. MORTGAGE SENSE INC., ET AL. | | |

Present: The Honorable CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant

Not Present  Not Present

**Proceedings:** **(In Chambers:)** DEFENDANTS' MOTION TO DISMISS (Dkt. #14, filed Oct. 31, 2013)

Plaintiff filed this action on September 17, 2013. Dkt. #1. By order dated November 25, 2013, this Court dismissed this action for lack of subject matter jurisdiction. Dkt. #19. Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5) is accordingly DENIED as moot.

IT IS SO ORDERED.

00 : 00

Initials of Preparer  CMJ